IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRY TERRELL TURNER,  )<br>                                )<br>    Plaintiff,           )<br>                                )<br>    v.                       )<br>                                )<br>LYNN BRIGHT, Municipal   )<br>Court Judge of Millbrook )<br>Court, Millbrook Municipal )<br>Court,                       )<br>                                )<br>    Defendant.           ) | CIVIL ACTION NO.<br>2:20cv1051-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit challenging the decisions of the defendant municipal court judge resulting in his incarceration.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against defendant be dismissed with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii), and that plaintiff's claims regarding the legality of his incarceration be dismissed without prejudice under 28

U.S.C. § 1915(e)(2)(B)(ii).  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of January, 2021.

                                /s/ Myron H. Thompson  
                                UNITED STATES DISTRICT JUDGE