IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRY TERRELL TURNER,    )<br>                          )<br>     Plaintiff,          )<br>                          )<br>     v.                   )<br>                          )<br>LYNN BRIGHT, Municipal    )<br>Court Judge of Millbrook  )<br>Court, Millbrook Municipal)<br>Court,                    )<br>                          )<br>     Defendant.           ) | CIVIL ACTION NO.<br>2:20cv1051-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(2) Plaintiff's claims against the defendant judge are dismissed with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

(3) Plaintiff's claims regarding the legality of his incarceration are dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of January, 2021.

                                /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE